# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEMENTE DELGADILLO-GARCIA, | CASE NO. 19cv0726-LAB |
| Petitioner, | **ORDER RE: PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| vs. | |
| WILLIAM PELHAM BARR, Attorney General of the United States, et al., | |
| Respondents. | |

The Petition for Writ of Habeas Corpus Ad Prosequendum is DENIED. Petitioner appeared before the Magistrate Judge on April 23, 2019. The Clerk of the Court shall close this case.

**IT IS SO ORDERED**.

DATED: April 26, 2019

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge